In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of WILLIAM A. THOMAS, an Attorney and Counselor at Law.— Matter referred

to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Adel and Taylor, JJ.